UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NICOLAS DE LA GARZA SALINAS                                      PETITIONER

V.                               CIVIL ACTION NO. 3:24-CV-662-KHJ-MTP

WARDEN, FEDERAL CORRECTIONAL                                    RESPONDENT
COMPLEX YAZOO CITY

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this action without prejudice.

SO ORDERED AND ADJUDGED, this 5th day of May, 2025.

                                              s/ *Kristi H. Johnson*
                                              UNITED STATES DISTRICT JUDGE